D|F
BK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x Civil Action No.: CV-05-751 (SJF)(VVP)
UNITED STATES OF AMERICA, §
§
        Plaintiff, §
- against- §
§
WINIFRED WOOLRIDGE, §
§
        Defendant. §
--------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 28 2005 ★

P.M. _____
TIME A.M. _____

## DEFAULT JUDGMENT

Because Winifred Woolridge failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Winifred Woolridge:

| | |
|---|---|
| **Claim No. C-114821W** | |
| Principal Balance: | $2,090.07 |
| Total Interest Accrued at 8.000%: | $2,424.30 |
| Filing and Service of Process: | $280.00 |
| Subtotal: | $4,794.37 |
| Attorney's Fees: | $ 958.87 |
| Total Owed: | $ 5753.24 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York
9/26, 2005

/s/ HON. S. FEUERSTEIN
Sandra J. Feuerstein
United States District Judge